# IN THE UNITED STATES DISTRICT COURT
## *for the*
## EASTERN DISTRICT OF PENNSYLVANIA
### CIVIL DIVISION

**FILED**
APR - 6 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

BRENDAN BERNICKER

    Plaintiff,

v.

NATIONAL SECURITY AGENCY

    Defendant.

Civil Action No. 2:18-cv-01243-WB

## MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

As the Plaintiff in the above-captioned matter, I respectfully move the Court for permission to participate in electronic case filing ("e-filing") in this case. In support of this motion, I affirm that:

1. I am willing and able to abide by the requirements of e-filing.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. Granting this motion will promote efficiency and reduce litigation costs to both parties.
4. Personal circumstances, which I will describe in a letter to the Court, will make it difficult for me to send and receive physical mail for a period of several weeks.

Dated: April 6, 2018

Respectfully submitted,

*[signature: Brendan Bernicker]*

Brendan Bernicker, *Plaintiff*
107 Hillside Circle, Villanova PA 19085
bbernicker@gmail.com
(610) 203-0293

Brendan Bernicker
107 Hillside Circle
Villanova, PA 19085
bbernicker@gmail.com
(610) 203-0293

*Plaintiff, Pro Se*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDAN BERNICKER<br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>NATIONAL SECURITY AGENCY<br>　　　　　Defendant. | Civil Action No. 2:18-cv-01243-WB<br><br>Date: _____<br>Time: _____<br>Courtroom: 3-B<br>Judge: Hon. Wendy Beetlestone |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
### FOR PERMISSION FOR ELECTRONIC CASE FILING

The Court has considered Plaintiff's Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____       _____

　　　　　　　　　　　　　　　　　　　　　　WENDY BEETLESTONE, J.

## IN THE UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF PENNSYLVANIA
#### CIVIL DIVISION

BRENDAN BERNICKER

    Plaintiff,

v.                                      Civil Action No. 2:18-cv-01243-WB

NATIONAL SECURITY AGENCY

    Defendant.

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, a copy of Plaintiff's Motion to Participate in Electronic Case Filing will be mailed via certified mail to the following addresses along with service of process:

1. General Counsel, National Security Agency, 9800 Savage Road, Fort George G. Meade, MD 20755-6000

2. Civil-Process Clerk, U.S. Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106

3. Jefferson B. Sessions III, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001

Dated: April 6, 2018                                                 Respectfully submitted,

                                                                         *Brendan Bernicker*

                                                                         Brendan Bernicker, *Plaintiff*
                                                                         107 Hillside Circle, Villanova PA 19085
                                                                         bbernicker@gmail.com
                                                                         (610) 203-0293