IN THE UNITED STATES DISTRICT COURT

*for the*

EASTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

| | |
|---|---|
| BRENDAN BERNICKER<br>　　　　　　Plaintiff,<br>　　v.<br>NATIONAL SECURITY AGENCY<br>　　　　　　Defendant. | Civil Action No. 2:18-cv-01243-WB |

NOTICE OF DISMISSAL

The above-captioned matter has been resolved to the mutual satisfaction of the parties.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the undersigned plaintiff voluntarily dismisses this case.

Dated: July 24, 2019　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 s/ *Brendan Bernicker*
　　　　　　　　　　　　　　　　　　　　　　　　Brendan Bernicker, *Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　107 Hillside Circle, Villanova PA 19085
　　　　　　　　　　　　　　　　　　　　　　　　bbernicker@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　(610) 203-0293